**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY A. WORKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　Defendants. | NO. 1:10-cv-00121-GSA-PC<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>AMENDED COMPLAINT DUE IN THIRTY DAYS |

On March 22, 2011, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. On April 11, 2011, Plaintiff filed a notice of change of address, indicating his transfer to Kern Valley State Prison. Plaintiff indicates that he was transferred on March 21, 2011.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to re-serve the March 22, 2011, order on Plaintiff at his address of record.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

1  IT IS SO ORDERED.

2  Dated:   April 14, 2011                  /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE